UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Plaintiff-in-Interpleader,<br><br> v.<br><br>CONCEPCION FLORES MOLINA and LUPE C. NUNES,<br><br>   Defendants-in-Interpleader. | Case No. 1:23-cv-01553-NODJ-CDB<br><br>ORDER GRANTING REQUEST TO SEAL<br><br>(Docs. 11-1, 15) |

  Pending before the Court is the request to seal documents by Plaintiff Metropolitan Life Insurance Company ("MetLife"), filed January 30, 2024 (Doc. 15) and emailed to the undersigned's chambers on the same date.

  The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in MetLife's Notice and Request, including the supporting declaration of MetLife's counsel Karen T. Tsui, sealing the inadvertently filed and unredacted exhibits (Doc. 11-1) serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by MetLife would be harmed. Due to the extensive presentation of personal identifying and financial information throughout the exhibit, the Court further finds that there are no additional alternatives to sealing the document that would adequately protect the

compelling interests identified by MetLife, particularly given that a redacted version of the exhibit containing sensitive information now has been filed. (*See* Doc. 12-2).

Accordingly, pursuant to Local Rule 141(b) and based upon the representations contained in MetLife's Notice and Request to Seal, IT IS HEREBY ORDERED that the exhibit to the parties' joint scheduling report (Doc. 11-1), shall be SEALED until further order of this Court. By separate order, the Court will transmit to the Clerk of Court MetLife's supporting Request and declaration of counsel for filing under seal.

IT IS SO ORDERED.

Dated:   **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE