UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | Case No. 1:23-cv-01553-CDB |
| Plaintiff, | ORDER DIRECTING DAWN HARRIS TO FILE STATUS REPORT REGARDING EFFORTS TO LOCATE REPLACEMENT GUARDIAN AD LITEM |
| v. | |
| CONCEPCION FLORES MOLINA, | (Doc. 72) |
| Defendant/Cross-Plaintiff, | **Deadline: March 11, 2026** |
| v. | |
| LUPE C. FLORES, by guardian ad litem Dawn Harris, | |
| Defendant/Cross-Defendant. | |

On October 23, 2025, the Court granted Cross-Defendant Lupe C. Flores' renewed motion to appoint Dawn Harris as guardian ad item. (Doc. 67). On November 24, 2025, Dawn Harris filed a request to withdraw as guardian ad litem for Lupe C. Flores. (Doc. 69). The Court held the request in abeyance and set the matter for mandatory status conference. (Doc. 70). On January 13, 2026, the Court convened for status conference. Dawn Harris appeared via Zoom on behalf of Lupe C. Flores. Counsel Eric Leroy appeared via Zoom on behalf of Cross-Plaintiff Concepcion Flores Molina, who also appeared. (Doc. 72).

During the conference, Ms. Harris represented that, in light of potential conflicts of interest that had arisen as further addressed in her filing (Doc. 69), she felt she could no longer act as guardian ad litem.  The Court inquired of Ms. Harris regarding her ability to locate a replacement guardian ad litem for Lupe C. Flores in the event the Court grants her request to be relieved.  Ms. Harris provided that she could conduct such a search but, due to circumstances arising from events in her personal life that she described on the record, she would likely require additional time to do so.

Accordingly, the Court will provide an extended period of time for Ms. Harris to conduct a search for a replacement guardian ad litem for Lupe C. Flores and direct Ms. Harris to file a status report outlining her efforts.

**Conclusion and Order**

For the foregoing reasons, it is HEREBY ORDERED that Dawn Harris shall undertake all reasonable efforts to identify a suitable candidate to serve as guardian ad litem for Cross-Defendant Lupe C. Flores, including, among others, inquiring of local bar associations or senior centers with social workers willing to undertake the necessary representation.

And it is FUTHER ORDERED that Dawn Harris SHALL FILE a status report no later than **March 11, 2026**, setting forth the efforts she has undertaken to locate a guardian ad litem for Cross-Defendant Lupe C. Flores and the results of those efforts.

IT IS SO ORDERED.

Dated:   **January 14, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2